UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL RODGERS,<br>Petitioner,<br>v.<br>WARDEN S. LANGFORD,<br>Respondent. | Case No. CV 18-6263 JAK(JC)<br><br>JUDGMENT |

IT IS ADJUDGED that the "Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)" ("Petition") is construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("Section 2255 Motion") and that the Petition/Section 2255 Motion and this action be dismissed without prejudice for lack of jurisdiction.

DATED: July 25, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE